IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:18-cv-173 (WOB-HAI)

JASON DONALD BRASHEAR                       PLAINTIFF

VS.                         <u>ORDER</u>

JAMES A. DALEY, ET AL                       DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 97) and having considered de novo those objections filed thereto by plaintiff (Doc. 98), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 98) be, and they hereby are, **overruled**; that the Report and Recommendation (Doc. 97) be, and is hereby, adopted as the findings of fact and conclusion of law of this Court; that defendants' motions for summary judgment (Docs. 90 and 93) be, and are hereby, **granted**; that this matter be **dismissed** with prejudice, and **stricken** from the docket of this Court. A separate Judgment shall enter concurrently herewith.

This 1st day of July, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge